RENA R. RONDOUS *v.* JOHN C. ERB

[No. 20, January Term, 1939.]

*Decided February 22nd, 1939.*

The cause was argued before BOND, C. J., OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and DELAPLAINE, JJ.

*Herbert L. Grymes* and *George Ross Veazey,* for the appellant.

*George E. Robinson* and *Laurie H. Riggs,* for the appellee.

BOND, C. J., delivered the opinion of the Court.